```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A04-0233--CV (JKS)
                "ALLSTATE INS CO V JOHN DEWAN ET AL"

       Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 09/30/04
           Closed: 11/18/05

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
    DEF Diversity: (1) Citizen of This State

   Nature of Suit: (110) Insurance

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 09/30/04 receipt # 00124100
         Trial by: Jury
```

Parties of Record:                          Counsel of Record:

PLF 1.1         ALLSTATE INSURANCE CO       Alfred T. Clayton Jr
                                            Bliss Wilkens et al
                                            500 L Street, Suite 200
                                            Anchorage, AK 99501
                                            907-276-2999
                                            FAX 907-276-2956

DEF 1.1         DEWAN, JOHN                 Dennis M. Mestas
                                            Law Offices of Dennis M. Mestas
                                            745 W. 4th Avenue, Suite 306
                                            Anchorage, AK 99501
                                            907-277-9496
                                            FAX 907-277-4354

DEF 2.1         DEWAN, FRAN                 Dennis M. Mestas
                                            (see above)

DEF 3.1         LEMOINE, JUSTIN ZANE        Eric T. Sanders
                                            Feldman Orlansky et al
                                            500 L Street, Suite 400
                                            Anchorage, AK 99501
                                            907-272-3538
                                            FAX 907-274-0819

DEF 4.1         LEMOINE, JOSEPH ZACHARY     Eric T. Sanders
                                            (see above)

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0233--CV (JKS)
                "ALLSTATE INS CO V JOHN DEWAN ET AL"

                         For all filing dates
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
           Filed: 09/30/04
          Closed: 11/18/05

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
    DEF Diversity: (1) Citizen of This State

   Nature of Suit: (110) Insurance

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 09/30/04 receipt # 00124100
         Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 09/30/04 | Complaint w/att exhs filed; Summons issued. |
| 2 - 1 | 09/30/04 | PLF 1 Corporate Disclosure Statement. |
| 3 - 1 | 11/23/04 | DEF 3-4 Answer and Counterclaim. |
| 4 - 1 | 12/08/04 | DEF 1-2 Answer to Complaint w/att exhs. |
| 5 - 1 | 12/09/04 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 28 days from svc of this ord. cc: cnsl |
| 6 - 1 | 12/22/04 | PLF 1 motion to dismiss Estate's counterclaims w/att memo. |
| 7 - 1 | 01/10/05 | PLF 1; DEF 3-4 stipulation that D3,4 need not file an oppo to pltf's mot to dsmss cclm; if parties are unable to resolve this clm, def will be given notice that his oppo is due w/in 15 days. |
| 8 - 1 | 01/11/05 | JKS Minute Order denying stipulation that D3,4 need not file an oppo to pltf's mot to dsmss ccl (7-1); parties have until 3/9/05 to engage in settl negotiations; if case does not settl, parties to file a status rpt. cc: cnsl |
| 9 - 1 | 03/10/05 | PLF 1 Report re: S&P conf rpt. |
| 10 - 1 | 03/11/05 | DEF 1-2 motion to dismiss w/att memo, aff & exh. |
| 11 - 1 | 03/15/05 | DEF 3 memorandum in opposition to PLF 1 motion to dismiss Estate's counterclaims (6-1). |
| 12 - 1 | 03/15/05 | DEF 3 Request for Oral Argument re: PLF 1 motion to dismiss Estate's counterclaims (6-1). |
| 13 - 1 | 03/15/05 | DEF 3 Jury Demand. |
| 14 - 1 | 03/25/05 | PLF 1 Unopposed motion for ext of time (to 4/1) to oppos D1,2 mot to dsmss & reply to oppo to pltf's mot to dsmss estates cclms. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0233--CV (JKS)
                         "ALLSTATE INS CO V JOHN DEWAN ET AL"
```

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 15 - | 1 | 03/30/05 | JWS Order granting Unopposed motion for ext of time (to 4/1) to oppos D1,2 mot to dsmss & (14-1) .  cc: cnsl |
| 16 - | 1 | 04/01/05 | JKS Order that crt will request a S&P report once it has ruled on pending mots to dismiss.  cc: cnsl |
| 17 - | 1 | 04/01/05 | PLF 1 reply to opposition to PLF 1 motion to dismiss Estate's counterclaim (6-1) w/att exhs. |
| 18 - | 1 | 04/01/05 | PLF 1 opposition to DEF 1-2 motion to dismiss (10-1) w/att exhs. |
| 19 - | 1 | 04/11/05 | DEF 1-2 reply to opposition to DEF 1-2 motion to dismiss (10-1). |
| 20 - | 1 | 06/28/05 | JKS Order denying mot to dismiss (10-1); granting mot to dismiss Estate's counterclaims (6-1). cc: cnsl |
| 21 - | 1 | 06/30/05 | JKS Minute Order parties to file a status report by 7/13/05 re: ddln in the order at dkt 5.  cc: cnsl |
| 22 - | 1 | 07/13/05 | PLF 1 Scheduling and Planning Conference Report. |
| 23 - | 1 | 07/13/05 | DEF 1-2 Status Report. |
| 24 - | 1 | 07/29/05 | PLF 1 Witness List. |
| 25 - | 1 | 08/17/05 | JKS Minute Order re status conf set for 8/29/05 at 1:30 p.m. cc: cnsl |
| 26 - | 1 | 08/26/05 | PLF 1 Settlement Notice. |
| 27 - | 1 | 08/29/05 | JKS Minute Order that further stat rpt due by 9/26/05; stat conf set for 8/29/05 is VACATED. cc: cnsl |
| 28 - | 1 | 09/26/05 | PLF 1 Status Report & update on settlement. |
| 29 - | 1 | 09/28/05 | JKS Minute Order that further stat rpt due by 10/31/05. cc: cnsl |
| 30 - | 1 | 11/01/05 | PLF 1 Status Report & update on settlement. |
| 31 - | 1 | 11/02/05 | JKS Minute Order that further stat rpt/settl docs due by 12/5/05. cc: cnsl |
| 32 - | 1 | 11/17/05 | PLF 1 Stipulation for dismissal with prejudice, with each party to bear its own costs and fees. |
| 32 - | 2 | 11/18/05 | Order granting stipulation for dismissal with prejudice, with each party to bear its own costs and fees (32-1).  cc: cnsl |